IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TYLER JAMES MARTINEZ,

Defendant.

8:25-CR-227

**FORFEITURE MONEY JUDGMENT**

This matter is before the Court on the Government's oral Motion for Forfeiture Money Judgment in the amount of $2,500. Counsel for the Government made the motion during defendant Tyler James Martinez's sentencing hearing. The Indictment in this case contained a Forfeiture Allegation seeking a forfeiture money judgment "in the amount of at least $2,500, representing proceeds obtained by TYLER JAMES MARTINEZ as a result of the offense." Filing 1 at 2. At the defendant's change of plea hearing and pursuant to his plea agreement, the defendant admitted to the Forfeiture Allegation and stipulated to a money judgment in the amount of at least $2,500. Filing 15 at 1; Filing 16 at 33–34. However, the Government did not file a motion for forfeiture money judgment prior to sentencing and instead made an oral motion seeking a forfeiture money judgment in the amount of $2,500 during the sentencing. Having reviewed the record in this case, the Court granted the Government's motion on the record and explained that it would enter a written order memorializing the forfeiture money judgment. This order now does so. Accordingly,

IT IS ORDERED:

1. The Government's oral Motion for Forfeiture Money Judgment is granted;

1

2. Defendant Tyler James Martinez, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2, shall be, and hereby is, liable for a forfeiture money judgment in the amount of $2,500.00;

3. This Forfeiture Money Judgment is final; and

4. The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of the property, and to order any substitute assets forfeited to the Government up to the amount of the forfeiture money judgment.

Dated this 12th day of February, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge